UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA RANGEL,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:12-cv-01169 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 19) |

On July 29, 2013, Plaintiff Alicia Rangel and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 19).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**: fees and expenses in the amount of $5,000.00 is **AWARDED** to Plaintiff, Alicia Rangel.

IT IS SO ORDERED.

Dated:   **July 30, 2013**              /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE